**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAHIN OSKOUI,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, U.S. BANK, N.A. and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 12-3511 FMO (AGRx)<br><br>**ORDER** |

Having reviewed and considered defendant's Motion to Strike Plaintiff's Second Amended Complaint and plaintiff's "Notice of Voluntarily Withdrawing the SAC and Requesting Leave to Amend" ("Request"), IT IS ORDERED that:

1. Defendant's Motion to Strike Plaintiff's Second Amended Complaint **(Document No. 33)** is **denied as moot** in light of plaintiff's withdrawal of her Second Amended Complaint.

2. Plaintiff's Request for Leave to Amend **(Document No. 35)** is **denied** as untimely. The deadline to amend pleadings was December 12, 2012.

Dated this 5th day of February, 2013.

/s/
Fernando M. Olguin
United States District Judge