JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHIN OSKOUI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. CV 12-3511 FMO (AGRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: defendants JPMorgan Chase Bank, N.A. and U.S. Bank, National Association as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank NA as Trustee for WaMu Pass-Through Certificates Series 2007-HY06 Trust's Motion for Summary Judgment, or Alternatively Partial Summary Judgment , IT IS ADJUDGED that the above-captioned action is **dismissed with prejudice**. Dated this 26th day of February, 2015.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　United States District Judge